US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 6 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 6:13CR60005-001 |
| | ) | |
| | ) | |
| JOHN POWELL | ) | 21 U.S.C. § 841(a)(1) |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

On or about June 13, 2012, in the Western District of Arkansas, Hot Springs Division, the defendant, **JOHN POWELL**, did knowingly distribute a controlled substance, namely, cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT 2

On or about August 3, 2012, in the Western District of Arkansas, Hot Springs Division, the defendant, **JOHN POWELL,** did knowingly distribute a controlled substance, namely, cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT 3

On or about August 6, 2012, in the Western District of Arkansas, Hot Springs Division, the defendant, **JOHN POWELL,** did knowingly distribute a controlled substance, namely, cocaine base,

commonly known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT 4

On or about September 17, 2012, in the Western District of Arkansas, Hot Springs Division, the defendant, **JOHN POWELL,** did knowingly distribute a controlled substance, namely, methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

The United States re-alleges and incorporates by reference herein Counts One through Four. Upon conviction of any of the Counts One through Four, the defendant, **JOHN POWELL**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853:

Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the violation or violations, including, but not limited to any conveyance, including any vessel, vehicle, or aircraft used in the commission of the above violation or violations;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1), incorporating by reference 21

U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A True Bill.

CONNER ELDRIDGE
UNITED STATES ATTORNEY

/s/Grand Jury Foreperson
Grand Jury Foreperson

By: _____
Benjamin Wulff
Assistant U. S. Attorney
Arkansas Bar No. 2005190
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
Email: Ben.Wulff@usdoj.gov