IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRIMINAL NO. 6:13cr60005-001         USA vs. JOHN POWELL

COURT PERSONNEL:                      DEFENDANT'S COUNSEL

JUDGE: Susan O. Hickey                Bruce D. Eddy
                                      (Name)
MAGISTRATE: _____                    3739 Steele Blvd., Suite #280
                                      (Street Address or P.O. Box)
CLERK: Robin Gray                     Fayetteville, AR  72703
                                      (City, State, Zip Code)
RECORDER: Felisha Burson              _____
                                      (Telephone Number)
GOVERNMENT: Jonathan D. Ross          ☐ RET   ☑ FPD   ☐ WV   ☐ CJA

INTERPRETER: _____

☐ OATH TO INTERPRETER

### INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:          ☐ Initial Appearance      ☑ Arraignment and Plea
☑ Charges:   ☐ Magistrate Complaint   ☐ Information   ☑ Indictment   ☐ Superseding
☐ Rule 5 - District and case number: _____
☐ Petition on probation/supervised release
☑ Level of Offense:     ☐ Petty   ☐ Misdemeanor   ☑ Felony
☑ Defendant Appeared:   ☑ With counsel    ☐ Without counsel
☐ Waiver of Counsel executed and filed
☐ CJA 23 (financial affidavit) executed
☐ Counsel Appointed
☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to
   separate counsel
☐ Inquiry made regarding defendant's ability to read/write English language
☐ Inquiry made that defendant does not suffer from mental disease or disorder and is able to
   comprehend proceedings
☑ Inquiry made that defendant is not under influence of alcohol/drugs and is able to comprehend
   proceedings
☑ Inquiry made whether defendant is under the care of a physician or taking any medication and is
   able to comprehend proceedings
☐ Court finds that the defendant is the person named in Rule 5 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

- ☑ Defendant informed of rights
- ☑ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☐ Waiver of indictment executed and filed
- ☐ Information filed
- ☑ Indictment read      ☑ substance of charge stated
- ☐ Information read     ☐ substance of charge stated
- ☐ Complaint read       ☐ substance of charge stated
- ☐ Defendant waived reading of:  ☐ indictment   ☐ information   ☐ complaint
- ☑ Rule 11(e) plea agreement disclosed on record and filed
- ☐ _____

**DEFENDANT'S PLEA:**
- ☐ Not guilty to count(s) _____
- ☑ Guilty to count(s)   3 of the Indictment.
- ☐ Nolo contendere to count(s) _____
- ☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
- ☐ Preliminary hearing: _____
- ☐ Detention hearing: _____
- ☐ Revocation hearing: _____
- ☐ Trial Date: _____
- ☐ Sentencing Date: _____
- ☑ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
- ☐ Defendant directed to file Rule 16 discovery motions with _____ days
- ☐ Government directed to file responses to motions and file its Rule 16 discovery motions within _____ days
- ☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within _____ days after government responses

BOND set at _____
- ☐ Defendant released on present bond
- ☐ Defendant to make bond and be released
- ☑ Defendant remanded to custody of  the United States Marshals Service.

**SPECIAL CONDITIONS OF RELEASE:**
- ☐ Pretrial supervision as directed by the U.S. Probation Office
- ☐ _____

Proceedings began: 11:45 a.m.
ended: 12:05 p.m.

DATE: July 2, 2014

2